Henry Varnum, Appellant, v. Elizabeth Eugenia Varnum, Appellee.

### In Banc.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell for appellant.

No appearance for appellee.

The bill in this cause was filed by the appellee against the appellant. There was a decree for the complainant, and the defendant appeals. The appeal is dismissed on motion of counsel for the appellant.